# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2421

_____

Spencer Pierce,                              *
                                             *
             Appellant,                      *
                                             *    Appeal from the United States
      v.                                     *    District Court for the Southern
                                             *    District of Iowa.
John Baldwin, Director of the                *
Iowa Department of Corrections,              *    [UNPUBLISHED}
                                             *
             Appellee.                       *

_____

Submitted: April 30, 2012
Filed: May 8, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Spencer Pierce appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.